C. A. No. 75-39. Robert L. Armstrong v. Richard W. Polaski. Motion of plaintiff for assignment is granted, and the matter is assigned to the continuous argument calender for hearing on the merits. Roberts, C. J. not participating. *John D. Lynch,* for plaintiff. *William Gerstenblatt,* for defendant.

C. A. No. 75-138. State v. Charles R. Pugliese. Defendant is ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Benedetto A. Cerilli, Jr.,* Asst. Public Defender, for defendant.

Appeal No. 75-159. William T. Sweetman, *individually and as Chairman of Citizens for Fair Zoning for Cumberland v.* Town of Cumberland *et al.* Motion of defendants to affirm the judgment below under Rule 16(g) is denied. Roberts, C. J. not participating. *Abatuno & Chisholm, Michael A. Abatuno,* for plaintiffs. *Francis Foley, James M. Shannahan,* for defendants.

Appeal No. 75-206. Helen Berg v. David Berg. Motion of defendant for extension of time to November 5, 1975 in which to file his brief is granted. If said brief is not filed by November 5, 1975, the appeal will be dismissed. Roberts, C. J. not participating. *Alden C. Harrington,* Rhode Island Legal Services, Inc., for plaintiff. *William Y. Chaika,* for defendant.

Appeal No. 74-229. William J. McDole v Claire McDole. Petitioner is ordered to appear on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Pamela M. Macktaz, Aram P. Jarret, Jr.* for petitioner. *Swan, Keeney, Jenckes & Asquith, Rae B. Condon,* for respondent.